No. 60. W. N. SHEWALTER, ADMINISTRATOR OF ROBERT SHEWALTER, DECEASED, PLAINTIFF IN ERROR, v. CAROLINA, CLINCHFIELD & OHIO RAILWAY. In error to the Supreme Court of the State of Tennessee. Argued November 8, 1915. Decided November 15, 1915. *Per Curiam.* Judgment affirmed, with costs, upon the authority of (1) *Michigan Central Railroad* v. *Vreeland,* 227 U. S. 59; *American Railroad of Porto Rico* v. *Didricksen,* 227 U. S. 145; *Gulf, Colorado &c. Ry.* v. *McGinnis,* 228 U. S. 173; *Garrett* v. *Louisville & Nashville R. R.,* 235 U. S. 308; *St. Louis & Iron Mountain Ry.* v. *Craft,* 237 U. S. 648; *Kansas City Southern Ry.* v. *Leslie,* 238 U. S. 599; (2) *Barron* v. *Baltimore,* 7 Peters, 243; *Jack* v. *Kansas,* 199 U. S. 372, 379–380; *Brown* v. *New Jersey,* 175 U. S. 172; *Twining* v. *New Jersey,* 211 U. S. 78, 93. *Mr. Robert*

*Burrow* and *Mr. Isaac Harr* for the plaintiff in error. *Mr. J. Norment Powell* and *Mr. John W. Price* for the defendant in error.